# Schedule of Exhibits
# Sections 1-4

*Detailed Schedule of Exhibits –*

### EXHIBITS – 1 COVER PAGE

1. Copy of FOIA request to the Federal Reserve Bank Dated August 14, 2018. (3 pages including copy of Return Receipt);

### EXHIBITS – 2 COVER PAGE

2. Copy of FOIA request to U.S. Department of the Treasury (2 pages which includes notice of receipt of request and Online FOIA Queue detailing request);

### EXHIBITS – 3 COVER PAGE

3. Copy of FOIA request acknowledgements From HUD including online printout of status of the FOIA requests directed to Ginnie Mae, FHA, and HUD (16 pages);

4. Copy of HUD acknowledgement of Appeal, copies of Appeal and Appeal Responses (16 pages);

5. Copy of acknowledgement from OGIS of FOIA mediation dispute regarding FOIA response to request # 17-FI-HQ-00777 (1 page);

### EXHIBITS – 4 COVER PAGE

6. Copy of June 29, 2018 FOIA request response from HUD (2 Pages);

7. Copy of September 13, 2018 FOIA request response from HUD (2 Pages);

**47 pages total including this cover sheet**

# EXHIBITS - 1

EXHIBITS - 1

Demand under F.O.I.A. (Freedom of Information Act Request) / Common Law Request / O.P.R.A. (Open Public Records Act Request)

To:    Federal Reserve Bank
       ATTN: F.O.I.A. Department
       530 East Trade Street                    Date: August 14, 2018
       Charlotte, NC 28202                      Certified Mail #: 7017 2400 0000 3330 9858
       704-358-2100

From:  Nelson L. Bruce
       c/o 1605 Central Avenue, Ste.6 #167
       Summerville, South Carolina 29483
       843-437-7901

       I Nelson L. Bruce am Demanding under F.O.I.A. (Freedom of Information Act Request), Common Law Request, and O.P.R.A.(Open Public Records Act Request) that you send a copy of any and all FR 2046 forms that you have received from Countrywide Bank, FSB and any organization bearing the Name Countrywide between March 1, 2009 to July 31, 2009; and any and all FR 2046 forms received from Bank of America, N.A. and any organization bearing the name Bank of America between March 1, 2009 to July 31, 2013, Wells Fargo, N.A. and any organization bearing the name Wells Fargo between March 1, 2009 to July 31, 2013, Pentagon Federal Credit Union also known as Penfed between March 1, 2016 to November 30, 2016. Please also forward this same request to the Richmond location if the files are not located in this facility.

Respectfully Presented,

                              "Without Prejudice"

                              *Nelson L. Bruce* 8 14-18V
                              Nelson L. Bruce, Propria Persona, Sui Juris
                              "All Rights Explicitly Reserved and Retained"
                              U.C.C. 1-207/1-308, 1-103.6

EXHIBITS - 1

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Reserve Bank
Attention: F.O.I.A. Department
530 East Trade Street
Charlotte, North Carolina 28202

9590 9402 3443 7275 5736 35

2. Article Number *(Transfer from service label)*

7017 2400 0000 3330 9858

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Will Rear_   ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
 (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

CHARLOTTE, NC 28202

Certified Mail Fee  $3.45
$                     $2.75           0248
                                       09
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage      $0.50
$                                              08/14/2018
Total Postage and Fees  $6.70
$
Sent To   Federal Reserve Bank
Street and Apt. No., or PO Box No.  530 East Trade Street
City, State, ZIP+4®  Charlotte, North Carolina 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

9858
3330
0000
2400
7017

USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?tLabels=70172400...



# EXHIBITS - 2



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

March 21, 2017

RE: 2017-03-146

Mr. Nelson Bruce
144 Pavilion Street
Summerville, SC 29483
Leonbruce81@yahoo.com

Dear Mr. Bruce:

This letter acknowledges the receipt of your Freedom of Information Act (FOIA) request dated March 17, 2017, submitted to the Department of the Treasury. You seek records of a personal nature as outlined in your request. Enclosed is a copy of the request for your convenience.

We are ensuring your request addresses the minimum requirements as defined in 31 C.F.R. Part 1, Subpart A. Your request may require further submissions and/or justifications in order to be processed. A member of our FOIA team may contact you if needed.

If additional questions arise concerning your request, please contact the FOIA and Transparency FOIA Requester Service Center via telephone at (202) 622-0930; or you may also email your inquiry to TreasFOIA@treasury.gov. When inquiring about your request, please reference FOIA Request Number 2017-03-146.

Sincerely,

**Katelyn M. DeLucca**

Digitally signed by Katelyn M. DeLucca
DN: c=US, o=U.S. Government,
ou=Department of the Treasury,
ou=Departmental Offices, ou=People,
serialNumber=786495, cn=Katelyn M.
DeLucca
Date: 2017.03.21 09:20:00 -04'00'

Katelyn DeLucca
FOIA Case Manager, FOIA and Transparency

Enclosure (FOIA Request)

3/21/2017                                      Online FOIA Queue -

goFOIA **FOIA** 🐢  goFOIA Manager › Online FOIA Queue: (no title)

DEPARTMENT OF THE TREASURY

EXHIBITS - 2

I Like It    Tags & Notes

| | |
|---|---|
| Title | |
| Online FOIA ID | f5d3d010dfb84e7c87023810f4be83cd |
| First Name | Nelson |
| Middle Initial | L |
| Last Name | Bruce |
| Company Organization | N/A |
| Phone Number | 843-437-7901 |
| Other Phone Number | N/A |
| Fax Number | N/A |
| Street Address Line1 | c/o 144 Pavilion Street |
| Street Address Line2 | N/A |
| City | Summerville |
| State | SC |
| Zip | 29483 |
| Country | N/A |
| Email Address | leonbruce81@yahoo.com |
| Delivery Method | Electronic Copy |
| Bureau | Departmental Offices (Headquarters) |
| Description | I request that I be sent any copies or certified copies of any an all eligible paper such as promissory notes or bills of exchange baring the name and signature of the individual referenced above that is currently in the sole possession of the Federal Reserve Bank as collateral be sent to me via email or u.s.p.s. mail at the address referenced above stating that you are the true holders in due course of the original instruments and the name of the bank(s) or depository institutions that transferred the instruments to you. |
| Fee Category | All Other Requestors |
| Request Type | FOIA |
| Request Fee Waiver | 0 |
| Request Expedited Processing | 0 |
| Will Pay Up To | 50.00 |
| Enter Electronic Signature Code | f5d3d010dfb84e7c87023810f4be83cd |
| Full Name | N/A |
| Created Date | 3/17/2017 12:59:52 AM |
| UserRefCode | f5d3d010dfb84e7c87023810f4be83cd |
| Processed Status | 2017-03-146 site created on 3/20/2017 2:25:48 PM |
| Expedited Processing Justification | N/A |
| Expedited Request Date | N/A |
| Fee Waiver Justification | N/A |
| Fee Waiver Request Date | N/A |

Created at 3/17/2017 1:00 AM by SpAdmin
Last modified at 3/20/2017 2:25 PM by DeLucca, Katelyn

Close

# EXHIBITS - 3

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC  20410-3000

EXHIBITS - 3

OFFICE OF ADMINISTRATION

March 3, 2017

Mr. Nelson Leon Bruce

RE:     Freedom of Information Act Request
        FOIA Control No.:  17-FI-HQ-00777

Dear Mr. Bruce:

This letter acknowledges the Department of Housing and Urban Development's receipt of your Freedom of Information Act (FOIA) request dated February 27, 2017.  Your request was received in the Department's FOIA Branch on March 2, 2017.

Pursuant to the FOIA, 5 U.S.C. 552(a)(6)(A)(i), once HUD properly receives a FOIA request, the Department has 20 working days within which to make a determination on the request unless unusual circumstances exist.  Under unusual circumstances, such as an agency's backlog, or the need to examine a voluminous amount of records required by the request, HUD can extend the 20-day time limit for processing a request.

The Department will comply with your request to the extent permissible by law.  Any records not subject to an exemption will be forwarded to you promptly upon the completion of HUD's search and review process.  Your request has been assigned to me for processing.  If you have any questions regarding your request, please contact Mr. William Smith directly at (202) 402-2141 or email at william.d.smith@hud.gov.

Thank you for your interest in the Department's programs and policies.

Sincerely,

FOIA Branch
Office of the Executive Secretariat



**EXHIBITS - 3**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

OFFICE OF ADMINISTRATION

August 10, 2017

Mr. Nelson Bruce
144 Pavilion Street
Summerville, SC 29483

RE:    Freedom of Information Act Request
       FOIA Control No: 17-FI-HQ-01707

Dear Mr. Bruce:

This letter is in response to your requests dated and received on August 8, 2017, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Your requests were received in the FOIA Branch on August 9, 2017, and are being consolidated under 17-FI-HQ-01707, but reflecting the more expansive wording of your two requests.

Pursuant to the FOIA, 5 U.S.C. 552(a)(6)(A)(i), once HUD properly receives a FOIA request, the Department has 20 working days within which to make a determination on the request unless unusual circumstances exist. Under unusual circumstances, such as an agency's backlog, or the need to examine a voluminous amount of records required by the request, HUD can extend the 20-day time limit for processing a request. Based upon HUD's experience and current inventory, it is estimated that it will take 30 to 45 days to complete processing of your request.

The Department will comply with your request to the extent permissible by law. Any records not subject to an exemption will be forwarded to you promptly upon the completion of HUD's search and review process. Your request has been assigned to Mr. Howard Rosenberg for processing. If you have any questions regarding your request, please contact Mr. Rosenberg at (202) 402-5507.

Thank you for your interest in the Department's programs and policies.

Sincerely,

FOIA Branch
Office of the Executive Secretariat

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, DC  20410-3000

EXHIBITS - 3

OFFICE OF ADMINISTRATION

January 30, 2018

Nelson Bruce
144 Pavilion Ave.
Summerville, South Carolina 29483

RE:     Freedom of Information Act Request
        FOIA Control No.:  18-FI-HQ-00765

Dear Mr. Bruce,

This letter acknowledges the Department of Housing and Urban Development's receipt of your Freedom of Information Act (FOIA) request dated January 25, 2018.  You request was received in the Department's FOIA Branch on January 25, 2018.

Pursuant to the FOIA, 5 U.S.C. 552(a)(6)(A)(i), once HUD properly receives a FOIA request, the Department has 20 working days within which to make a determination on the request unless unusual circumstances exist.  Under unusual circumstances, such as an agency's backlog, or the need to examine a voluminous amount of records required by the request, HUD can extend the 20-day time limit for processing a request.

The Department will comply with your request to the extent permissible by law.  Any records not subject to an exemption will be forwarded to you promptly William Smith for processing.  If you have any questions regarding your request, please contact him directly at (202) 402-2141 or email at William.d.smith@hud.gov

Thank you for your interest in the Department's programs and policies.

Sincerely,

*Tiffany Bruce*

Tiffany Bruce
Executive Assistant, FOIA Branch
Office of the Executive Secretariat



OFFICE OF ADMINISTRATION

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

EXHIBITS - 3

May 8, 2018

Mr. Nelson Bruce
144 Pavilion Street
Summerville, SC  29483

RE:    Freedom of Information Act Request
FOIA Control No:  18-FI-HQ-01498

Dear Mr. Bruce:

This letter is in response to your request dated and received on May 8, 2018, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

Pursuant to the FOIA, 5 U.S.C. 552(a)(6)(A)(i), once HUD properly receives a FOIA request, the Department has 20 working days within which to make a determination on the request unless unusual circumstances exist.  Under unusual circumstances, such as an agency's backlog, or the need to examine a voluminous amount of records required by the request, HUD can extend the 20-day time limit for processing a request.  Based upon HUD's experience and current inventory, it is estimated that it will take 30 to 45 days to complete processing of your request.

The Department will comply with your request to the extent permissible by law.  Any records not subject to an exemption will be forwarded to you promptly upon the completion of HUD's search and review process.  Your request has been assigned to Mr. Howard Rosenberg for processing.  If you have any questions regarding your request, please contact Mr. Rosenberg at (202) 402-5507.

Thank you for your interest in the Department's programs and policies.

Sincerely,

FOIA Branch
Office of the Executive Secretariat

EXHIBITS - 3

 C ⌂    ⓘ 🔒 https://hudpal.efoia-host.com/App/RequestStatus.aspx    ▣ •••  ♡ ☆    Q Search    ⬇ ⑊ ▥ ⊕    ⋮

↟ Most Visited    ⊕ Getting Started    ◍ New Tab    ◍ New Tab


# HUD.GOV
## U.S. Department of Housing and Urban Development

My Account    Change Password    Message Inbox (0)    Sign Out    Help ▾

Home    How to Submit a Request ▾    Reading Rooms ▾    Check Request Status    Submit Request    Submit Appeal

**Check Request Status**

### Request Details

Click on **Request #** to view request details, withdraw your request, submit an appeal, or send a message to the FOIA Office.

| Request # | Description | Received Date | Estimate Delivery Date | Status | Download |
|---|---|---|---|---|---|
| ˙8-FI-HQ-C˙065 | I request any and all copies of Claims filed by Gi... | 6/7/2018 | 7/6/2018 | In Process | - |
| ˙8-FI-HQ-C˙499 | I am requesting copies of any and all information ... | 5/8/2018 | 6/6/2018 | Closed | - |
| ˙8-FI-HQ-C˙498 | Related to mortgage numbers 202985786 and 70001245... | 5/8/2018 | 6/6/2018 | Closed | - |
| ˙8-FI-HQ-C0765 | (1) I request any and all information related to m... | 1/25/2018 | 2/23/2018 | Closed | - |
| ˙8-A-HQ-00001 | Description in Appeal Attachment letter (Date Rang... | 10/11/2017 | 11/8/2017 | Closed | - |
| ˙7-FI-HQ-C˙7C8 | I request copies of all forms, applications, appro... | 8/9/2017 | 9/7/2017 | Closed | - |
| ˙7-FI-HQ-C˙7C7 | (using the description from now- | 8/9/2017 | 9/7/2017 | In Process | - |

○ Type here to search    ⬇          

EXHIBITS - 3

C ⌂    ⓘ 🔒 https://hudpal.efoia-host.com/App/RequestStatus.aspx    📄 ••• 🛡 ☆    🔍 Search                    ⬇ 🔖 📑 🌐 ⠿ ⋮

Most Visited  ⊕ Getting Started  🔖 New Tab  🔖 New Tab

|  |  | 202985786 and 70001245... |  |  |  |  |
|---|---|---|---|---|---|---|
| ´8-FI-HQ-CC765 | (1) I request any and all information related to m... | 1/25/2018 | 2/23/2018 | Closed | - |
| ´8-A-HQ-CCCC´ | Description in Appeal Attachment letter (Date Rang... | 10/11/2017 | 11/8/2017 | Closed | - |
| ´7-FI-HQ-C1708 | I request copies of all forms, applications, appro... | 8/9/2017 | 9/7/2017 | Closed | - |
| ´7-FI-HQ-C17C7 | (using the description from now-closed 01708, whic... | 8/9/2017 | 9/7/2017 | In Process | - |
| ´7-FI-HQ-C´325 | This is a Freedom of Information Act request (FOIA... | 6/2/2017 | 6/30/2017 | Closed | - |
| ´7-FI-HQ-CC777 | I am requesting the following information regardin... | 3/2/2017 | 4/6/2017 | Closed | - |

Showing 1 to 9 of 9 entries                                         Previous  1  Next

## Request Status Definitions

- **Received** - Your request has been properly received by the HUD FOIA Office.  A notice was sent that contains the request tracking number.
- **Assigned for Processing** - Your request has been assigned to a FOIA Specialist for processing
- **On Hold - Need Info/Clarification**  - Your request is on hold (meaning that the processing time is suspended) pending clarification of scope, request for additional information, etc.  You will be notified via correspondence explaining any reason(s) your request is on hold.
- **In Process** - Your request is actively being processed by the HUD FOIA Office
- **Documents Delivered** - Responsive documents have been delivered.  If delivery was made via the portal the documents will be available to you for download once you login to your private reading room.  Otherwise the records will be delivered in the method requested.
- **Closed** - HUD's response to your request was sent and your request is closed.



U.S. Department of Housing and Urban Development | 451 7th Street S.W., Washington, DC 20410 | Telephone: (202) 708-1112    TTY: (202) 708-1455

Find the address of the HUD office near you



O Type here to search    🔍    [taskbar icons]    

EXHIBITS - 3

HUD FOIA Public Access Website

## Check Request Status

### Request Details

Click on **Request #** to view request details, withdraw your request, submit an appeal, or send a message to the FOIA Office.

| Request # | Description | Received Date | Estimate Delivery Date | Status |
|---|---|---|---|---|
| 18-FI-HQ-01665 (CreateRequest.aspx?edit=8175) | I request any and all copies of claims filed by Gi... | 6/7/2018 | 7/6/2018 | In Process |
| 18-FI-HQ-01499 (CreateRequest.aspx?edit=8094) | I am requesting copies of any and all information... | 5/8/2018 | 6/6/2018 | Closed |
| 18-FI-HQ-01498 (CreateRequest.aspx?edit=8093) | Related to mortgage numbers 02985786 and 70001245... | 5/8/2018 | 6/6/2018 | Closed |
| 18-FI-HQ-00765 (CreateRequest.aspx?edit=7706) | (1) I request any and all information related to m... | 1/25/2018 | 2/23/2018 | Closed |
| 18-A-HQ-00001 (CreateAppeal.aspx?edit=7239) | Description in Appeal Attachment letter (Date Rang... | 10/11/2017 | 11/8/2017 | Closed |
| 17-FI-HQ-01708 (CreateRequest.aspx?edit=6871) | I request copies of all forms, applications, appro... | 8/9/2017 | 9/7/2017 | Closed |
| 17-FI-HQ-01707 (CreateRequest.aspx?edit=6870) | (using the description from now-closed 01708, whic... | 8/9/2017 | 9/7/2017 | In Process |
| 17-FI-HQ-01325 (CreateRequest.aspx?edit=6699) | This is a Freedom of Information Act request (FOIA... | 6/2/2017 | 6/30/2017 | Closed |
| 17-FI-HQ-00777 (CreateRequest.aspx?edit=6490) | I am requesting the following information regardin... | 3/2/2017 | 4/6/2017 | Closed |

Showing 1 to 9 of 9 entries

Previous   1   Next

EXHIBITS - 3

9/24/2018, 1:12 PM

**Request Status Definitions**

- **Received** - Your request has been properly received by the HUD FOIA Office. A notice was sent that contains the request tracking number.

- **Assigned for Processing** - Your request has been assigned to a FOIA Specialist for processing

- **On Hold - Need Info/Clarification** - Your request is on hold (meaning that the processing time is suspended) pending clarification of scope, request for additional information, etc. You will be notified via correspondence explaining any reason(s) your request is on hold.

- **In Process** - Your request is actively being processed by the HUD FOIA Office

- **Documents Delivered** - Responsive documents have been delivered. If delivery was made via the portal the documents will be available to you for download once you login to your private reading room. Otherwise the records will be delivered in the method requested.

- **Closed** - HUD's response to your request was sent and your request is closed.

Refresh    Export

**U.S. Department of Housing and Urban Development** | 451 7th Street S.W., Washington, DC 20410 | Telephone: (202) 708-1112    TTY: (202) 708-1455

Find the address of the HUD office near you (https://www.hud.gov/program_offices/field_policy_mgt/localoffices)

Request # 18-FI-HQ-01665
Opened on 6-7-2018
Still Pending

*COMPLETE REQUEST SUBMISSION FORM BELOW*
*BE SURE TO REVIEW ENTRIES PRIOR TO CLICKING THE **SUBMIT** BUTTON*

## Requester Details

To modify details click on "My Account" in the left panel. If the link is not available contact the FOIA Office to have the changes made.
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483
843-437-7901 Phone
leonbruce81@yahoo.com

Requester Default Category: Other Requesters

# Submit New Request

Please complete all the required fields marked with an asterisk ( * ).

## Mailing Address for Response

Update the Mailing Address below if you want your responsive records to be mailed to a different address then listed above.

| | |
|---|---|
| Street1 | 144 Pavilion Street |
| Street2 | |
| City | Summerville |
| State | South Carolina |
| Country | United States |
| Zip Code | 29483 |

## Processing Details

In the **SELECT RECEIVING OFFICE** field below

- Select **Executive Secretariat FOIA Division** to submit a **FOIA** request

• Select **Office of General Counsel** to submit an **APPEAL**

*Select Receiving Office    HQ

Action Office Instructions    ** DO NOT SUBMIT APPEALS TO THIS OFFICE ** All FOIA Requests submitted through the Public Access Link (PAL) will be routed directly to the responding office. If you choose to send this request via mail instead of through this website the address is U.S. Department of Housing & Urban Development, Freedom of Information Act Office, 451 7th Street, SW, Room 10139, Washington, DC 20410-3000.

Check to Request Expedite

Click here to review   Expedite Processing   requirements.

Attachment

Reason for Expedite
Request

Click here to review   Requester Category Descriptions

Requester Category    **Other Requesters**

Attachment

*Description of Records    I request any and all copies of Claims filed by Ginnie Mae on behalf of the
Request    required Fidelity Bonds/Errors and Emission Insurance required by their own policies issued by the Issuer with claims filed from 2009 to present in regards to any and all Ginnie Mae mortgage pools for which these insurance policies cover. I also request any and all cusip #'s related to these bonds and the documentation specifying how much was claimed and what organization/issuer issued purchased these bonds/insurance as referenced above.

Date Range for Record
Search

**Request Fees**

Click here to review Fee and Fee Waiver Details : (Minimum is $25.00). Not applicable for Appeals.

Check to Request a Fee
Waiver
Attachment
If Waiver Request Enter
Reason
Enter Willing Amount to    25
Pay

If willing to pay more than the minimum required amount, please enter the amount in the field provided above. If the amount entered is expected to be exceeded you will be contacted by the FOIA Office.
Willing to Pay All Fees

Request # 18-FI-HQ-0499
Opened on 5-8-2018
Closed without a response on 6-6-2018

*COMPLETE REQUEST SUBMISSION FORM BELOW*
*BE SURE TO REVIEW ENTRIES PRIOR TO CLICKING THE **SUBMIT** BUTTON*

## Requester Details
To modify details click on "My Account" in the left panel. If the link is not available contact the FOIA Office to have the changes made.
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483
843-437-7901 Phone
leonbruce81@yahoo.com

Requester Default Category: Other Requesters

# Submit New Request

Please complete all the required fields marked with an asterisk ( * ).

## Mailing Address for Response

Update the Mailing Address below if you want your responsive records to be mailed to a different address then listed above.

| | |
|---|---|
| Street1 | 144 Pavilion Street |
| Street2 | |
| City | Summerville |
| State | South Carolina |
| Country | United States |
| Zip Code | 29483 |

## Processing Details

In the **SELECT RECEIVING OFFICE** field below

- Select **Executive Secretariat FOIA Division** to submit a **FOIA** request

• Select **Office of General Counsel** to submit an **APPEAL**

*Select Receiving Office          HQ
Action Office Instructions        ** DO NOT SUBMIT APPEALS TO THIS OFFICE ** All FOIA Requests
                                  submitted through the Public Access Link (PAL) will be routed directly to the
                                  responding office. If you choose to send this request via mail instead of through
                                  this website the address is U.S. Department of Housing & Urban Development,
                                  Freedom of Information Act Office, 451 7th Street, SW, Room 10139,
                                  Washington, DC 20410-3000.

Check to Request Expedite


Click here to review  Expedite Processing  requirements.

Attachment

Reason for Expedite
Request


Click here to review  Requester Category Descriptions
Requester Category          **Other Requesters**

Attachment
*Description of Records      I am requesting copies of any and all information and documentation rather
Request                     paper and/or electronic form that FHA received and is required by their policies
                            to receive from any and all servicers, creditors, lenders, government entities,
                            brokers, subsidiaries, assignee's ect....from the initiation of this alleged
                            government FHA loan/mortgage (initiated in march of 2009) to present including
                            information and documentation on who is the new alleged creditor/lender and
                            servicer in regards to mortgage numbers 202985786 and 7000124554 for
                            Nelson L. Bruce baring a MIN # 1001337-003564652-3 and FHA Case #
                            SC4614373516703. Again, this is a request for any and all information ever
                            received and documented by FHA in regards to the referenced mortgage above
                            to also include any and all insurance claims that may have been filed regarding
                            this mortgage. This is a direct request to FHA under FOIA, not to be outsourced
                            to any alleged servicer, or creditor/lender.
Date Range for Record
Search

**Request Fees**

Click here to review  Fee and Fee Waiver Details : (Minimum is $25.00). Not applicable for Appeals.

Check to Request a Fee
Waiver
Attachment
If Waiver Request Enter
Reason
Enter Willing Amount to          25
Pay

If willing to pay more than the minimum required amount, please enter the amount in the field provided above. If the
amount entered is expected to be exceeded you will be contacted by the FOIA Office.
Willing to Pay All Fees

EXHIBITS - 3

Request # 17-FI-HQ-01708
Closed without a response on 9-7-2017
Opened on 8-9-2017

*COMPLETE REQUEST SUBMISSION FORM BELOW*
*BE SURE TO REVIEW ENTRIES PRIOR TO CLICKING THE **SUBMIT** BUTTON*

To modify details click on "My Account" in the left panel. If the link is not available contact the FOIA Office to
have the changes made.
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483
843-437-7901 Phone
leonbruce81@yahoo.com

Requester Default Category: Other Requesters

## Submit New Request

Please complete all the required fields marked with an asterisk ( * ).

**Mailing Address for Response**

Update the Mailing Address below if you want your responsive records to be mailed to a different address then listed
above.

Street1            144 Pavilion Street
Street2
City               Summerville
State              South Carolina
Country            United States
Zip Code           29483

**Processing Details**

To submit a request select

- **EXECUTIVE SECRETARIAT FOIA DIVISION** from the Service Center drop down list to submit a **FOIA**
  request.

- **OFFICE OF GENERAL COUNSEL** from the Service Center drop down list to submit an **Appeal**.

**EXHIBITS - 3**

*Select Receiving Office    HQ

Action Office Instructions    All FOIA Requests submitted through the Public Access Link (PAL) will be routed directly to the responding office. If you choose to send this request via mail instead of through this website the address is U.S. Department of Housing & Urban Development, Freedom of Information Act Office, 451 7th Street, SW, Room 10139, Washington, DC 20410-3000.

Check to Request Expedite

Click here to review Expedite Processing requirements.

Attachment

Reason for Expedite Request

Click here to review Requester Category Descriptions

Requester Category    **Other Requesters**

## Description of Request

Attachment

*Description of Records Request    I request copies of all forms, applications, approval, tranfers submitted to Ginnie Mae by the issuers, transferor's, transferee's from 2009 to current year for any and all mortgages baring the mortgage number 202985786 and referencing Cusip # 38374TRP1 or any other Cusip numbers that this mortgage has been transferred to by the servicers or issuers between 2009 to current year. For example, the master agreement application, Pooling and Servicing Agreements,

written approvals from the PPA for transfers or any other actions, Acknowledgement Agreement with the Issuer pursuant to Section 21-6, form HUD-11702, HUD-11703-H, HUD 11706, HUD 11706-H, HUD 11707, HUD 11709, HUD 11709-A, HUD 11715, HUD 11720, Pool Transfer System (PTS) application contained in GMEP, ect.....

Date Range for Record Search

## Request Fees

Click here to review Fee and Fee Waiver Details : (Minimum is $25.00). Not applicable for Appeals.

Check to Request a Fee Waiver

Attachment

If Waiver Request Enter Reason

Enter Willing Amount to Pay    **25**

If willing to pay more than the minimum required amount, please enter the amount in the field provided above. If the amount entered is expected to be exceeded you will be contacted by the FOIA Office.

Willing to Pay All Fees

EXHIBITS - 3

Request # 17-FI-HQ-01707
Still Pending (opened on 8-9-2017)

*COMPLETE REQUEST SUBMISSION FORM BELOW*
*BE SURE TO REVIEW ENTRIES PRIOR TO CLICKING THE **SUBMIT** BUTTON*

Requ

To modify details click on "My Account" in the left panel. If the link is not available contact the FOIA Office to have the changes made.
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483
843-437-7901 Phone
leonbruce81@yahoo.com

Requester Default Category: Other Requesters

# Submit New Request

Please complete all the required fields marked with an asterisk ( * ).

## Mailing Address for Response

Update the Mailing Address below if you want your responsive records to be mailed to a different address then listed above.

| | |
|---|---|
| Street1 | 144 Pavilion Street |
| Street2 | |
| City | Summerville |
| State | South Carolina |
| Country | United States |
| Zip Code | 29483 |

## Processing Details

To submit a request select

- **EXECUTIVE SECRETARIAT FOIA DIVISION** from the Service Center drop down list to submit a **FOIA** request.

- **OFFICE OF GENERAL COUNSEL** from the Service Center drop down list to submit an **Appeal**.

EXHIBITS - 3

| | |
|---|---|
| *Select Receiving Office | HQ |
| Action Office Instructions | All FOIA Requests submitted through the Public Access Link (PAL) will be routed directly to the responding office.  If you choose to send this request via mail instead of through this website the address is U.S. Department of Housing & Urban Development, Freedom of Information Act Office, 451 7th Street, SW, Room 10139, Washington, DC 20410-3000. |

Check to Request Expedite

Click here to review Expedite Processing requirements.

Attachment

Reason for Expedite
Request

Click here to review Requester Category Descriptions

| | |
|---|---|
| Requester Category | Other Requesters |

ᴐ⊓ ⊔⊓ ⊓౪ᶜ

| | |
|---|---|
| Attachment | |
| *Description of Records Request | I request all forms submitted to Ginnie Mae by the issuers from 2009 to current year for any and all mortgages baring the mortgage number 202985786 and referencing Cusip # 38374TRP1 or any other Cusip numbers that this mortgage has been transferred to by the servicers or issuers between 2009 to current year.  For example, the master agreement application, Pooling and Servicing Agreements, written approvals from the PPA for transfers or any other actions, Acknowledgment Agreement with the Issuer pursuant to Section 21-6, form HUD-11702, HUD-11703-H, HUD 11706, HUD 11706-H, HUD 11707, HUD 11709, HUD 11709-A, HUD 11715, HUD 11720, Pool Transfer System (PTS) application contained in GMEP, ect..... |
| Date Range for Record Search | From 03/01/2009 To 08/09/2017 |

**Request Fees**

Click here to review Fee and Fee Waiver Details : **(Minimum is $25.00).** Not applicable for Appeals.

Check to Request a Fee
Waiver
Attachment
If Waiver Request Enter
Reason

| | |
|---|---|
| Enter Willing Amount to Pay | 25 |

If willing to pay more than the minimum required amount, please enter the amount in the field provided above. If the amount entered is expected to be exceeded you will be contacted by the FOIA Office.
Willing to Pay All Fees



OFFICE OF GENERAL COUNSEL

EXHIBITS - 3

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, D.C. 20410-0500

OCT 1 7 2017

Nelson L. Bruce
144 Pavilion Street
Summerville, South Carolina 29483

Re:    Freedom of Information Act Appeal
          FOIA Appeal No: 18-A-HQ-00002
          FOIA Control No: 17-FI-HQ-00777

Dear Mrs. Bruce,

      We are writing to acknowledge receipt of your Freedom of Information Act (FOIA) appeal received through the Public Access Link. The Ethics and Appeals Division received your appeal on October 11, 2017. We will mail you our appeal determination letter by the close of business on November 8, 2017.

      Thank you for your appeal letter.

                     Sincerely,

                     *Lindsey Allen*

                     Lindsey A. Allen
                     Assistant General Counsel
                     Ethics and Appeals Division

FOIA Appeal

EXHIBITS - 3

Nelson L. Bruce
144 Pavilion Street
Summerville, South Carolina 29483
843-437-7901
October 5, 2017

TO:  U.S. Department of Housing and Urban Development
     Attention: FOIA Appeals
     Office of Ethics, Appeals and Personnel Law
     Ethics and Appeals Division
     451 Seventh Street, SW, Suite 2130
     Washington, DC 20410
     Telephone: (202) 708-3815

## FOIA Appeal

Dear U.S. Department of Housing and Urban Development:

This is an appeal under the Freedom of Information Act, 5 U.S.C. § 552.

On March 2, 2017 I Presented a FOIA request to your agency for information regarding mortgage number 202985786 which has been pooled with Government National Mortgage Association (Ginnie Mae). On October 2, 2017 I received an email from your agency who has supplied only a letter regarding my requests with no verifiable, vital information or documents that I have requested. I am not sure why your agency is avoiding and/or denying me my rights under FOIA to receive the information and documents that are being requested which your agency has had plenty of time to produce as I have had to wait over 5 months to receive. Copies of my request and your letter are enclosed. Also please see below my request plus a little bit more information that I am requesting.

**Updated Request:**

Please use this as a **Freedom of Information Act Request (FOIA)**, 5 U.S.C. § 552, I am requesting the following information regarding the Ginnie Mae Remic Trust 2009-022 and any other trust Mortgage # 202985786 (Nelson L Bruce) baring a MIN # 1001337-0003564652-3 FHA # 4614373516703 is pooled under or transferred to:

1. A copy of the PSA (Purchase and Sale Agreement) with Cusip # 38374TRP1 or any and all Cusip #'s which includes all copies of the original documents signed between Servicers, Trusties, Master Servicers, Sponsors, Co-Sponsors, Issuers and anyone involved in the pooling also detailing their positions and what their responsibilities were in this transaction.
2. The exact date that Ginnie Mae purchased and/or received this mortgage in the pooling;
3. A complete and accurate certified accounting along with all dates verifying the exact amount forwarded to the Bank for the purchase/pooling of this mortgage and which bank the funds were forwarded to:

**FOIA Appeal**

4. Who is the current Servicer and Master Servicer of the Trust this mortgage is currently pooled in;

5. Was their ever any insurance claims on this trust from 2009-present and who is the insurer of the mortgages pooled in this trust;

6. A certified copy of any and all documents involved with the pooling of this mortgage;

7. Has there been a purchase of the mortgage referenced above for which the mortgage is pooled and if so who purchased it, when was it purchased, how much was it purchased for, provide the documents used for this transaction;

8. On what date did Ginnie Mae become the holder of the original note/mortgage/Deed of Trust and on which date did they sell and or transfer the note to the new owner/holder in due course of the original instrument baring all wet ink signatures?

9. Who is the current holder in due course of the original security instrument (Mortgage/Note/Deed of Trust) baring all wet ink signatures, how did they get in possession of it and what date did they receive it even if the holder in due course is Ginnie Mae;

10. Certified Copies of any and all assignments of the security instrument (Mortgage/Note/Deed of Trust) from 2009-present detailing the exact dates when they were assigned or purchased;

11. If the mortgage number referenced above has already been satisfied and any insurance claims have been applied for, please provide the exact date of satisfaction and or claims were made and when you received the fund for satisfaction or insurance benefits;

12. If there is an uncured default currently pending, why hasn't the holder applied for the default insurance which is Guaranteed by the Government to receive loss compensation;

13. As one of the "Trust Interest Holders," who has a security interest in the initial Trust, why hasn't the "Securitization Trustee" been providing me with the interest and dividends due to me which he has the obligation to do.

14. Who is the current or was the previous Securitization Trustee of the trust this mortgage is or was pooled under?

15. Is the mortgage referenced above still pooled within this trust, if not was it sold, assigned, transferred, satisfied, redeemed, or satisfied with an insurance claim;

   - If sold, what date was it purchase and for how much and who purchased it;
   - If assigned, what date was it assigned and to whom for what reason;
   - If transferred, what date was it transferred, where was it transferred to and why was it transferred;
   - If satisfied, what date and year was it satisfied;
   - If redeemed, who redeemed it and on what date did they redeem it.
   - If satisfied through an insurance claim, who initiated and requested the claim, who is the insurance provider, what date was the claim made, a certified copy of the insurance policy, any and all forms completed to make the claim by the issuer.

16. I request certified copies of any and all forms with or without "OMB" numbers produced online in line with the paperwork reduction act, through the mail ect... regarding the mortgage referenced above and initiated by any and all issuers, transferor's, transferee's and any other person, individual or entity involved in the pooling of the referenced mortgage be sent to me. A copy of some of the requested forms are enclosed. Some of

**FOIA Appeal**

EXHIBITS - 3

these forms have already been requested under FOIA request #17-FI-HQ-01708 and
FOIA request #17-FI-HQ-01707.

It has been 214 business days since my request was received by your agency. This period clearly
exceeds the 30 days provided by the statute, thus I deem my request denied. A copy of my
correspondence are enclosed.

The information which I have requested is clearly releasable under FOIA and, in my opinion,
may not validly be protected by any of the Act's exemptions.

I trust that upon re-consideration, you will reverse the decision denying me access to this
material and grant my original request. However, if you deny this appeal, I intend to initiate a
lawsuit or include you in any current lawsuit to compel discovery and disclosure also subpeona
the requested documents and information if need be.

*As I have made this request in my individual capacity* and this information is of timely value, I
would appreciate your expediting the consideration of my appeal in every way possible. In any
case, I will expect to receive your decision within 20 business days, as required by the statute.

Thank you for your assistance.

Very truly yours,

Nelson L. Bruce



EXHIBITS - 3

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

WASHINGTON, DC 20410-0001

OFFICE OF ADMINISTRATION

**SEP 3 0 2017**

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

RE:    Freedom of Information Act Request
FOIA Control No.: 17-FI-HQ-00777

Dear Mr. Bruce:

This in response to your Freedom of Information Act (FOIA) request dated February 27, 2017, and received March 2, 2017. You requested the following information regarding the Government National Mortgage Association (GNMA), Real Estate Mortgage Investment Conduit (REMIC) Trust 2009-002 with Mortgage Number 202985786, for Nelson L. Bruce, baring a Federal Housing Authority (FHA) Mortgage Identifying Number (MIN) 1001337-003564652-3:

1. A copy of the Pooling and Servicing Agreement (PSA) for Committee on Uniform Securities Identification Procedures (CUSIP) Number 38374TRP1, including all documents signed by all involved in the pooling, their positions and their responsibilities in the transaction;

2. The exact date that GNMA purchased and received this mortgage in the pooling;

3. The exact amount forwarded to the Bank for the purchase of this pooling and which bank the funds were forwarded to;

4. The current Servicer of this Trust;

5. Any insurance claims on this trust from 2009 to 2017 and name of the insurer of the mortgages pooled in this trust;

6. Any purchase of the mortgage pooled, purchaser, when purchased, and cost;

7. Current holder in due course of the original security instrument (Mortgage/Note/Deed of Trust) baring all signatures;

8. All assignments of the security instrument (Mortgage/Note/Deed of Trust) from 2009 to the present detailing when they were assigned or purchased;

9. The exact date of satisfaction and when you received the fund for satisfaction, if the mortgage number referenced above has already been satisfied;

10. An uncured default currently pending and any default insurance guaranteed by the government to receive loss compensation;

11. The interest and dividends amount due to me (as a Trust Interest Holder) from the Securitization Trustee; and

12. Status of the mortgage whether sold, assigned, transferred, or satisfied.

EXHIBITS - 3

2

Your request is granted in part. In response to item 2, GNMA issued Pool Number 716842 in April 2009 and Pool Number AE4766 in June 2013. The Department does not have any other documents in response to items 1 and 3 through 12. GNMA only has mortgage-backed securities information related to its program operations. Once a mortgage loan liquidates from a GNMA pool, GNMA does not receive any reporting information pertaining to the mortgage loan. It is possible that the mortgage lender may have information pertaining to mortgage loan reporting.

I am the official responsible for this determination, based on information provided by the Government National Mortgage Association. You may appeal this determination within 90 days from the date of this letter. If you decide to appeal, your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting the appeal. The envelope should be plainly marked to indicate that it contains a FOIA appeal and be addressed to:

> U.S. Department of Housing and Urban Development
> Attention: FOIA Appeals
> Office of Ethics, Appeals and Personnel Law
> Ethics and Appeals Division
> 451 Seventh Street, SW, Suite 2130
> Washington, DC 20410
> Telephone: (202) 708-3815

You may also submit your appeal on line at:
http://portal.hud.gov/hudportal/HUD?src=/program offices/administration/foia/foiaappeals.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, Maryland 20740-6001
>
> Telephone: 202-741-5770, toll free at 1-877- 684-6448
> FAX: 202- 741-5769
> Email: at ogis@nara.gov

EXHIBITS - 3

3

For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal information, such as home address, telephone number, or Social Security number, all of which are protected from disclosure under FOIA Exemption 6.

If you have any questions regarding your request, you may contact William Smith at (202) 402-2141. Thank you for your interest in the Department's programs and policies.

Sincerely,

Deborah R. Snowden
Deputy Chief FOIA Officer
Office of the Executive Secretariat

MBS Guide: Forms                                                    https://www.ginniemae.gov/issuers/program_guidelines/Pages/FormsQu...

 Ginnie Mae

EXHIBITS - 3

# MBS Guide: Forms

Forms - and their associated appendices - found in the MBS Guide can be accessed via our online library (powered by AllRegs) and downloaded in Portable Document Format (PDF) from this page. Please click here ☞ to download Adobe Acrobat Reader.

### MBS Guide Forms

| | | |
|---|---|---|
| HUD-11700 | Letter of Transmittal for Commitment Authority and/or Pool Numbers | **Appendix II-1** |
| HUD-11701 | Application for Approval - Ginnie Mae Mortgage-Backed Securities Issuer | **Appendix I-1** |
| HUD-11702 | Resolution of Board of Directors and Certificate of Authorized Signatures | **Appendix I-2** |
| HUD-11703-II | Master Agreement for Participation Accounting | **Appendix I-7** |
| HUD-11704 | Commitment to Guarantee Mortgage-Backed Securities | **Appendix II-2** |
| HUD-11705 | Schedule of Subscribers and Ginnie Mae Guaranty Agreement | **Appendix III-6** |
| HUD-11706 | Schedule of Pooled Mortgages | **Appendix III-7** |
| HUD-11707 | Master Servicing Agreement | **Appendix III-1** |
| HUD-11708 | Request for Release of Documents | **Appendix V-5** |
| HUD-11709 | Master Agreement for Servicer's Principal and Interest Custodial Account | **Appendix III-2** |
| HUD-11709-A | ACH Debit Authorization | **Appendix I-6** |
| HUD-11710-A | Issuer's Monthly Accounting Report | **Appendix VI-4** |

| | | EXHIBITS - 3 |
|---|---|---|
| HUD-11710-D | Issuer's Monthly Summary Report | **Appendix VI-5** |
| HUD-11710-E | Liquidation Schedule | **Appendix VI-4** |
| HUD-11711-A | Release of Security Interest | **Appendix III-5** |
| HUD-11711-B | Certification and Agreement | **Appendix III-5** |
| HUD-11712 | Prospectus - GNMA I MBS (Growing Equity Mortgages) | **Appendix IV-6** |
| HUD-11712-II | Prospectus - GNMA II MBS (Growing Equity Mortgages) | **Appendix IV-23** |
| HUD-11714 | Issuer's Monthly Remittance Advice | **Appendix VI-10** |
| HUD-11714SN | Issuer's Monthly Serial Note Remittance Advice | **Appendix VI-11** |
| HUD-11715 | Master Custodial Agreement | **Appendix III-4** |
| HUD-11717 | Prospectus - GNMA I MBS (Single-Family Mortgages) | **Appendix IV-4** |
| HUD-11717-II | Prospectus - GNMA II MBS (Single-Family Mortgages) | **Appendix IV-20** |
| HUD-11720 | Master Agreement for Servicer's Escrow Custodial Account | **Appendix III-3** |
| HUD-11728 | Prospectus - GNMA I MBS (Manufactured Home Loans) | **Appendix IV-8** |
| HUD-11728-II | Prospectus - GNMA II MBS (Manufactured Home Loans) | **Appendix IV-24** |
| HUD-11732 | Custodian's Certification for Construction Securities | **Appendix III-22** |
| HUD-11738 | Deposit Agreement | **Appendix III-11** |
| HUD-11747 | Prospectus - GNMA I MBS (Graduated Payment Mortgages) | **Appendix IV-5** |
| HUD-11747-II | Prospectus - GNMA II MBS (Graduated Payment Mortgages) | **Appendix IV-22** |

1 - 30

EXHIBITS - 3

 Ginnie Mae

# MBS Guide: Forms

Forms - and their associated appendices - found in the MBS Guide can be accessed via our online library (powered by AllRegs) and downloaded in Portable Document Format (PDF) from this page. Please click here to download Adobe Acrobat Reader.

## MBS Guide Forms

| | | |
|---|---|---|
| **HUD-11748-A** | Graduated Payment Mortgage or Growing Equity Mortgage Pool or Loan Package Composition | **Appendix VI-6** |
| **HUD-11772-II** | Prospectus - GNMA II MBS (Adjustable Rate Mortgages) | **Appendix IV-21** |
| **HUD-11776-II** | Prospectus Supplement – GNMA II Home Equity Conversion MBS (Adjustable Rate) | **Appendix IV-30** |
| **HUD-11777-II** | Prospectus Supplement – GNMA II Home Equity Conversion MBS (Fixed Rate) | **Appendix IV-31** |
| **HUD-11780** | Representations and Warranties Agreement | **Appendix V-6** |
| **HUD-11785** | Corporate Guaranty Agreement | **Appendix I-8** |
| **HUD-1710-B** | Issuer's Monthly Serial Notes Accounting Schedule | **Appendix VI-12** |
| **HUD-1710-C** | Project Pool Report | **Appendix VI-13** |
| **HUD-1724** | Prospectus - GNMA I MBS (Project Loan Securities) | **Appendix IV-9** |
| **HUD-1731** | Prospectus - GNMA I MBS (Construction & Permanent Loan Securities) | **Appendix IV-10** |
| **HUD-1734** | Prospectus - GNMA I MBS (Serial Note Securities) | **Appendix IV-7** |
| **Appendix III-13** | Electronic Data Interchange System Agreement | **Appendix III-13** |

EXHIBITS - 3

**Appendix**
**III-14**

Enrollment Administrator and GinnieNET Authorized Signatories

**Appendix**
**III-14**

Start    31 - 43

EXHIBITS - 3

**Wright, Sandra J**

17-FI-HQ-00777

MAR 0 2 2017

MAR 0 2 2017

| | |
|---|---|
| From: | Noel, Leonora D |
| Sent: | Thursday, March 02, 2017 8:24 AM |
| To: | Snowden, Deborah R; Wright, Sandra J |
| Cc: | Corsiglia, Nancy E; Hernandez, Deborah A; Drayne, Michael R; Mondonedo, Rene R; Smith, Tamara P |
| Subject: | FW: Request information regarding Pooling of Mortgage number 202985786 |

Good morning Deborah and Sandra,

I forwarding this email that one of the SVP received, please review and let me know if this is a FOIA. Thanks!

Leonora Noel,  Mortgage Banking Analyst
Office of Issuer and Portfolio Management
202.475.4949 office / 202-344-9825 cell
Leonora.D.Noel@hud.gov / www.ginniemae.gov

    

Women are Angels, and when someone breaks our wings
we simply continue to fly on a broomstick.
We are so flexible....

**From:** Leon Bruce [mailto:leonbruce81@yahoo.com]
**Sent:** Monday, February 27, 2017 12:03 PM
**To:** Drayne, Michael R <Michael.R.Drayne@hud.gov>
**Subject:** Request information regarding Pooling of Mortgage number 202985786

Michael,

Please use this as a **Freedom of Information Act Request (FOIA)**, 5 U.S.C. § 552, I am requesting the following information regarding the Ginnie Mae Remic Trust 2009-022 which mortgage # 202985786 (Nelson L Bruce) baring a MIN # 1001337-0003564652-3 FHA #  is pooled under:

1. A copy of the PSA (Cusip # 38374TRP1) which includes all copies of the original documents signed between Servicers, Trusties, Master Servicers, Sponsors, Co-Sponsors and anyone involved in this pooling detailing their positions and what their responsibilities were in this transaction.
2. The exact date that Ginnie Mae purchased and received this mortgage in the pooling;
3. The exact amount forwarded to the Bank for the purchase of this pooling and which bank the funds were forwarded to;
4. Who is the current Servicer of this Trust;
5. Was their every any insurance claims on this trust from 2009-2017 and who is the insurer of the mortgages pooled in this trust;

1

6.  Has there been a purchase of the mortgage referenced above for which the mortgage is pooled and if so who purchased it, when was it purchased and for how much;

7.  Who is the current holder in due course of the original security instrument (Mortgage/Note/Deed of Trust) baring all wet ink signatures, how did they get in possession of it and what date did they receive it even if the holder in due course is Ginnie Mae;

8.  Copies of any and all assignments of the security instrument (Mortgage/Note/Deed of Trust) from 2009-present detailing when they where assigned or purchased;

9.  If the mortgage number referenced above has already been satisfied, provide the exact date of satisfaction and when you received the fund for satisfaction;

10. If there is an uncured default currently pending, why hasn't the holder applied for the default insurance which is Guaranteed by the Government to receive loss compensation;

11. As one of the "Trust Interest Holders," who has a security interest in the initial Trust, why hasn't the "Securitization Trustee" been providing me with the interest and dividends due to me which he has the obligation to do.

12. Is the mortgage referenced above still pooled within this trust, if not was it sold, assigned, transferred, or satisfied;

- If sold, what date was it purchase and for how much;
- If assigned, what date was it assigned and to whom for what reason;
- If transferred, what date was it transferred, where was it transferred to and why was it transferred;
- If satisfied, what date and year was it satisfied;


Please have the proper department furnish the requested information above.

Sincerely,

Nelson L. Bruce

EXHIBITS - 3

**Intake Checklist**
**for Incoming FOIA Requests**

Requester's Name and Organization _Nelson Leon Bruce_

FOIA Control Number _17-FI-HG-777_

Initial Receive Date _3-2-2017_

Date Submitted to Team Leader for Assignment _3-2-2017_

For each incoming request received, check the following:

1. If the request is received via mail, fax, or email, did you date stamp the request?
   _✗_ Yes _____ No

2. Is the request a duplicate request? _____ Yes _✗_ No. If yes, do not control/log the request again; write the control number of the previously assigned request at the top right corner of the request and give it to the specialist that the request is already assigned to, marked duplicate. If not a duplicate, continue to number 3.

3. Does requester's contact information exist in FMS2? If yes, proceed to number 4 below. If no, add requester's contact information, including the name of the organization.

4. Is information/records requested listed on the Frequently Requested Documents list posted on HUD's FOIA website or is information/records posted on HUD's external website? _____ Yes _✗_ No. If yes, prepare a letter to the requester providing him or her with the website address. If no, proceed to number 5.

5. Does requester owe fees to any HUD Headquarters, Region, or Field Office?
   _____ Yes _✗_ No. If yes, stop the clock in FMS2 and prepare the standard delinquent fee letter within 5 business days for the FOIA Branch Chief's signature and attach a copy of the unpaid invoice. Request does not need to be assigned to a FOIA Specialist. If no fees owed, proceed to number 6 below.

6. Is the request a proper FOIA request (seeking HUD records, is reasonably described, and contains contact information)? _✗_ Yes _____ No. If yes, scan the request into FMS2 if not submitted via the Public Access Link (PAL) and forward it via FMS2 to the Team Leader for assignment to a FOIA specialist, along with this completed checklist. If no, do not scan the request into FMS2 until you contact the requester to obtain clarification and/or additional information. If the request is submitted via PAL (already exists in FMS2), place it on hold until clarification or additional information is obtained. Give requester 5 business days to respond before closing the request.

7. Were similar requests found in FMS2? _____ Yes _✗_ No. If yes, list control number(s) and the assigned specialist's name below. Be sure to cross reference all requests in FMS2.

8. Expedited processing requested? _____ Yes _✗_ No.

9. Fee waiver requested? _____ Yes. _✗_ No.

   _MKen_ _3-2-2017_
   Signature and date

May 10, 2012

EXHIBITS - 3

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-0500

OFFICE OF GENERAL COUNSEL

NOV - 8 2017

Nelson Bruce
144 Pavilion Street
Summerville, SC 29483

RE:    Freedom of Information Act Appeal
       FOIA Control No: 17-FI-HQ-00777
       FOIA Appeal No: 18-A-HQ-00001

Dear Mr. Bruce,

    This letter responds to a Freedom of Information Act ("FOIA") appeal received on October 11, 2017. On February 27, 2017, you requested the following information regarding the Government National Mortgage Association (GNMA), Real Estate Mortgage Investment Conduit Trust 2009-002 with Mortgage Number 202985786, for Nelson Bruce, baring a Federal Housing Authority Mortgage Identifying Number 1001337-003564652-3:

1. A copy of the Pooling and Servicing Agreement for Committee on Uniform Securities Identification Procedures Number 38374TRPI, including all documents signed by all involved in the pooling, their positions and their responsibilities in the transactions;
2. The exact date the GNMA purchased and received this mortgage in the pooling;
3. The exact amount forwarded to the Bank for the purchase of this pooling and which bank the funds were forwarded to;
4. The current Servicer of this Trust;
5. Any insurance claims on this trust from 2009-2017 and name of the insurer of the mortgages pooled in this trust;
6. Any purchase of the mortgage pooled, purchaser, when purchased, and cost;
7. Current holder in due course of the original security instrument (Mortgage/Note/Deed of Trust) baring all signatures;
8. All assignments of the security instrument (Mortgage/Note/Deed of Trust) from 2009 to the present detailing when they were assigned or purchased;
9. The exact date of satisfaction and when you received the fund for satisfaction, if the mortgage number referenced above has already been satisfied;
10. An uncured default currently pending and any default insurance guaranteed by the government to receive loss competition;
11. The interest and dividends amount due to me (as a Trust Interest Holder) from the Securitization Trustee; and
12. Status of the mortgage whether sold, assigned, transferred, or satisfied.

    On September 30, 2017, HUD granted your request in part. You were provided with a response to item 2: GMNA issued Pool Number 716842 in April 2009 and Pool Number AE4766 in June 2013. HUD denied your request in part because there were no other documents responsive to items 1 and 3 through 12 of your request. HUD specified that GNMA only has

mortgage-backed securities information related to its program operations. Once a mortgage loan liquidates from a GNMA pool, GNMA does not receive any reporting information pertaining to the mortgage loan.

On appeal, you challenge HUD's response to your request because you believe HUD did not provide you with any "verifiable" information or the documents you requested. You also state that HUD had plenty of time to produce documents, as you had to wait over 5 months for a response. Furthermore, you request additional information that was not included in your original FOIA request.

After review, we uphold HUD's decision. We contacted the appropriate staff regarding your request and verified that HUD does not have any documents responsive to items 1 and 3 through 12 of your FOIA request. In addition, the additional information that you request in your appeal constitutes a new FOIA request. Thus, we are returning that portion of your appeal back to the FOIA division for processing.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

Judicial review of this determination under 5 U.S.C. §552(a)(4) is available in the United States Court for the judicial district in which you reside or have your principal place of business, in the District of Columbia, or in the judicial district where the records you seek are located.

Sincerely,

*Lindsey Allen*

Lindsey A. Allen
Assistant General Counsel
for Ethics and Appeals Law

cc:    Helen Foster, Executive Secretary
       John Shumway, Assistant General Counsel, Office of Administrative Law

 

NATIONAL ARCHIVES and RECORDS ADMINISTRATION

8601 ADELPHI ROAD, OGIS | COLLEGE PARK, MD 20740-6001

www.archives.gov/ogis | ogis@nara.gov | o: 202.741.5770 | f: 202.711.5769 | 877.684.6448

EXHIBITS - 3

November 27, 2017 Sent via e-mail

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

Dear Mr. Bruce:                                    **Re: Case # 18-00635**

Thank you for contacting the Office of Government Information Services (OGIS). We are a
Freedom of Information Act (FOIA) resource for the public and the government. Congress
created OGIS to serve as the Federal FOIA Ombudsman. Our jurisdiction is limited to assisting
with the FOIA process, and to work with Federal agencies and requesters to resolve FOIA
disputes. Your assistance request is assigned the tracking case number listed above. Please
reference this number in all communications with our office regarding this matter.

An OGIS facilitator will review your submission and determine whether and what assistance we
are able to provide. An increase in demand for our services means there may be a delay in our
response. We apologize for any inconvenience this may cause, and will address your request for
assistance as soon as possible.

If you have reached the stage in the agency's FOIA process where the agency has informed you
that you are able to file an appeal, we strongly encourage you to do so. OGIS works in
conjunction with the FOIA administrative process, but is not a substitute or replacement for the
appeals process. By filing an appeal, you preserve your administrative rights and give the
agency a chance to look at the request anew and carefully review and reconsider every part of the
initial response. If we are able to assist you in resolving your dispute with the agency, you may
withdraw your FOIA appeal at any time.

We look forward to assisting you.

Sincerely,

The OGIS Staff

**OFFICE OF GOVERNMENT INFORMATION SERVICES**
National Archives and Records Administration
8601 Adelphi Road (OGIS)
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: 202-741-5770 (local) or 1-877-684-6448 (toll-free)
Fax: 202-741-5769
Website: www.archives.gov/ogis
Blog: http://foia.blogs.archives.gov/

# EXHIBITS - 4



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-0001

EXHIBITS - 4

OFFICE OF ADMINISTRATION

June 29, 2018

Mr. Nelson Bruce
144 Pavilion Street
Summerville, SC 29483

RE:    Freedom of Information Act Request
       FOIA Control No: 18-FI-HQ-01498

Dear Mr. Bruce:

This letter is in response to your request dated and received on May 8, 2018, pursuant to the Freedom of Information Act (FOIA). You requested copies of the following from the Department of Housing and Urban Development and not from Ginnie Mae, related to mortgage numbers 202985786 and 7000124554 for Nelson L. Bruce, MIN number 1001337-003564652-3 and Federal Housing Administration case number SC4614373516703:

1. Any and all information and documentation, whether on paper or stored in electronic form (such as a database) HUD received and is required by their policies to receive from any and all servicers, creditors, lenders, government entities, brokers, subsidiaries, assignees, etc., from the initiation of this alleged government FHA loan/mortgage (initiated in March 2009) to the present, including information and documentation on who is the new alleged creditor/lender and servicer.
2. Any and all insurance claims that may have been filed regarding this mortgage that HUD is in possession of.

Your request is granted in part. In response to item 1, HUD's Single Family Claims Branch was not required to receive and did not receive any information or documentation. However, for your records, I am enclosing the most recent Neighborhood Watch report for your FHA case number. In response to item 2, enclosed is the Advice of Payment data for the one insurance claim that HUD located.

Regarding the above mortgage numbers, you may contact the lender, Carrington Mortgage Services, for additional documents.

I am the official responsible for this determination based on information provided by the Office of Housing. You may appeal this determination within 90 days from the date of this letter. If you decide to appeal, your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting the appeal. With regard to Exemption 6, your appeal should address the nature of the overriding public interest in disclosure that outweighs the personal privacy interest protected by the exemption. The envelope should be plainly marked to indicate that it contains a FOIA appeal and be addressed to:

EXHIBITS - 4

2

U.S. Department of Housing and Urban Development
Attention: FOIA Appeals
Office of General Counsel
Ethics and Appeals Law Division
451 Seventh Street, SW, Suite 2130
Washington, DC 20004

Telephone: (202) 708-3815

You may also submit your appeal online at:
http://portal.hud.gov/hudportal/HUD?src=/program_offices/administration/foia/foiaappeals or via email.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services that it offers. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740-6001

Telephone number: (202) 741-5770; toll free: (877) 684-6448
Fax number: (202) 741-5769.
Email address: ogis@nara.gov

For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal information, such as home address, telephone number, or Social Security number, all of which are protected from disclosure under FOIA Exemption 6.

If you have any questions regarding this request, please contact Howard Rosenberg at (202) 402-5507. Thank you for your interest in the Department's policies and programs.

Sincerely,

Deborah R. Snowden
Deputy Chief FOIA Officer
Office of the Executive Secretariat

Enclosure

EXHIBITS - 4



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-0001

OFFICE OF ADMINISTRATION

**SEP 1 3 2018**

Nelson L. Bruce
144 Pavilion Street
Summerville, SC  29483

RE:    Freedom of Information Act Request
       FOIA Control No.: 18-FI-HQ-00765

Dear Mr. Bruce:

This letter is in response to your Freedom of Information Act (FOIA) request dated and received on January 25, 2018. You requested from the Government National Mortgage Association (GNMA) the following:

1. Any and all information related to mortgage number 202985786;

2. A statement from GNMA stating that mortgage number 202985786 is attached to someone else if so;

3. Any and all information regarding insurance claims filed by GNMA on behalf of this mortgage or the pool this mortgage is or was pooled under;

4. All issuer documents and assignments filed regarding this mortgage number; and

5. All information on the document custodian for this mortgage and documents they have filed in paper or electronic form including appendixes.

A search of the HUDs' records, by knowledgeable staff GNMA revealed that the Department has no records pertaining to items 1, 3, 4, and 5. GNMA staff has no statement pertaining item 2 of your request.

I am the official responsible for this determination based on information provided by the Departments' Government National Mortgage Association. You may appeal this determination within 90 days from the date of this letter. If you decide to appeal, your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting the appeal. The envelope should be plainly marked to indicate that it contains a FOIA appeal and be addressed to:

U.S. Department of Housing and Urban Development
Attention: FOIA Appeals
Office of General Counsel
Office of Ethics and Appeals Law Division
451 Seventh Street, SW, Suite 2130
Washington, DC 20410

Telephone: (202) 708-3815

www.hud.gov        espanol.hud.gov

You may also submit your appeal on line at:
http://portal.hud.gov/hudportal/HUD?src=/program_offices/administration/foia/foiaappeals.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road-OGIS
> College Park, Maryland 20740-6001
>
> Telephone: 202-741-5770, toll free at 1-877- 684-6448
> FAX: 202- 741-5769
> Email: at ogis@nara.gov

For your information, your FOIA request, including your identity and any information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, the Department does not release personal information, such as home address, telephone number, or Social Security number, all of which are protected from disclosure under FOIA Exemption 6.

If you have any questions regarding your request, you may contact William Smith at (202) 402-2141. Thank you for your interest in the Department's programs and policies.

Sincerely,

Sandra J. Wright
FOIA Supervisor
FOIA Branch
Office of the Executive Secretariat