**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorneys Office
Liberty Center Building
151 meeting St, Suite 200
Charleston, SC 29402

9590 9402 3940 8060 7955 82

2. Article Number (Transfer from service label)

7007 0220 0004 0679 2008

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Loeve
☐ Agent
☐ Addressee

B. Received by (Printed Name): D. LOEUC
C. Date of Delivery: 12-26-12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

