AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Nelson L. Bruce,<br>*Plaintiff*<br>v.<br>Government National Mortgage Association (Ginnie Mae),<br>U.S. Dept. of Housing and Urban Development(HUD),<br>Federal Housing Administration (FHA), et al,<br>*Defendant* | Civil Action No. 2:18-cv-2635-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Magistrate Judge's Report is adopted and Plaintiff's objections are overruled; Defendant's motion for summary judgment (ECF No. 80) is granted in its entirety. Plaintiff Nelson L. Bruce's motion to file a second amended complaint (ECF No. 85) is denied and this matter is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Bruce Howe Hendricks, United States District Judge,   having adopted the Report and Recommendation of the Magistrate Judge and granting the Defendant's Motion for Summary Judgment in its entirety.

Date:   July 6, 2020

CLERK OF COURT

s/ V. Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*